```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
DILENIA PAGUADA, *Individually, and On Behalf of* :
*All Others Similarly Situated*,                                :
: 1:22-cv-1837-GHW
Plaintiff,   :
: ORDER
-against-         :
:
PEVONIA INTERNATIONAL, LLC,                 :
:
Defendant.   :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    For the reasons stated on the record at the conference held on May 2, 2022, Plaintiff is granted leave to file an amended complaint no later than May 16, 2022. With the exception of the deadline for Plaintiff to file an amended complaint, this case is stayed pending briefing and resolution of the anticipated motion to dismiss in case number 1:21-cv-10975-GHW.

    The Clerk of Court is directed to note the stay on the docket.

    SO ORDERED.

Dated: May 2, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge